## Miles, Appellant, *v.* Bradley.

Argued Jan. 19, 1905. Appeal, No. 274, Jan. T. 1904, by plaintiff, from order of C. P. No. 3. Phila. Co., March T., 1904, No. 1881, dismissing exceptions to auditor's report in case of James L. Miles, High Sheriff of Philadelphia County, v. Anna R. Bradley. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

*Alex. Simpson, Jr.*, for appellant.

*F. R. Gillinder*, for appellee.

PER CURIAM, May 22, 1905:

This case presents the same question of the liability of a defaulting bidder at a sheriff's sale for a deficiency in price at a subsequent sale that was considered and determined in Pepper v. Deakyne, ante, p. 181, opinion filed herewith. For the reasons there expressed this order is affirmed.